| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3386** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **7**   **October 26, 2017** |
| Case number:   **17–13632–BFK** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michelle Meehan Bloxton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6564 Manet Court <br> Woodbridge, VA 22193 | |
| 4. | **Debtor's attorney** <br> Name and address | Richard G. Hall <br> 7369 McWhorter Place <br> Suite 412 <br> Annandale, VA 22003 | Contact phone 703–256–7159 <br> Email: richard.hall33@verizon.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Kevin R. McCarthy <br> 1751 Pinnacle Drive Suite 1115 <br> McLean, VA 22102 | Contact phone (703)770–9261 <br> Email:  krm@mccarthywhite.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: October 27, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 29, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**115 South Union Street, Suite 206, Alexandria, VA 22314** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>  or<br>- if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: January 29, 2018** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                 Case No. 17-13632-BFK
Michelle Meehan Bloxton                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: chandlerk          Page 1 of 1          Date Rcvd: Oct 27, 2017
                              Form ID: 309A            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
```
db          +Michelle Meehan Bloxton,    6564 Manet Court,    Woodbridge, VA 22193-3342
14110651    +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14110654     County of Fairfax,    Dept of Tax Administration,    PO Box 19156,    Alexandria, VA 22304-0516
14110653     County of Fairfax,    Dept of Tax Administration,    PO Box 9156,    Alexandria, VA 22304-0156
14110655    +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
14110657    +Jeff Bloxton,    6564 Manet Court,    Woodbridge, VA 22193-3342
14110658    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14110659    +R & R,    6564 Manet Court,    Woodbridge, VA 22193-3342
14110660    +Regina Meehan,    6528 Manet Court,    Woodbridge, VA 22193-3341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: richard.hall33@verizon.net Oct 28 2017 01:58:10     Richard G. Hall,
             7369 McWhorter Place,    Suite 412,    Annandale, VA   22003
tr          +EDI: BKRMCCARTHY Oct 28 2017 01:53:00      Kevin R. McCarthy,    1751 Pinnacle Drive Suite 1115,
             McLean, VA 22102-3845
14110650    +EDI: CHASE.COM Oct 28 2017 01:53:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
             Wilmington, DE 19850-5298
14110652    +EDI: WFNNB.COM Oct 28 2017 01:53:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
             Po Box 182125,    Columbus, OH 43218-2125
14110656     EDI: IRS.COM Oct 28 2017 01:53:00      Internal Revenue Service,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
14110661    +EDI: RMSC.COM Oct 28 2017 01:53:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
             Po Box 965060,    Orlando, FL 32896-5060
14110662    +EDI: RMSC.COM Oct 28 2017 01:53:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,
             Orlando, FL 32896-5060
14110663     EDI: WFFC.COM Oct 28 2017 01:53:00      Wells Fargo Auto,    P.O. Box 25341,
             Santa Ana, CA 92799-5341
14110664    +EDI: WFFC.COM Oct 28 2017 01:53:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
             Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14110649       09 Fox Creek Homeowners
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
```
          Judy A. Robbins     ustpregion04.ax.ecf@usdoj.gov
          Kevin R. McCarthy     krm@mccarthywhite.com,
           nolte@mccarthywhite.com;adminassistant@mccarthywhite.com;DC07@ecfcbis.com
          Richard G. Hall    on behalf of Debtor Michelle Meehan Bloxton richard.hall33@verizon.net
                                                                                             TOTAL: 3
```