**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 17-13632 |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

| | |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $    595,119.50 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $    20,864.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $    615,983.50 |

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    650,072.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $    1,926,478.91 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    303,274.83 |
| **Your total liabilities** | $    2,879,825.74 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    5,427.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $    7,251.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**                                                    Case number *(if known)*   **17-13632**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                              $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 1,926,478.91 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 1,926,478.91 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | **17-13632** |

☐ Check if this is an
    amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

---

**1.1**

**6564 Manet Court**
Street address, if available, or other description

**Woodbridge**      **VA**      **22193-0000**
City          State      ZIP Code

**Prince William**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $595,119.50 | $595,119.50 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenacy by the Entireties**

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.........................................................................=>

| |
|---|
| $595,119.50 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**                                          Case number *(if known)*    **17-13632**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Cadillac** |
|---|---|---|
| | Model: | **Escalade** |
| | Year: | **2008** |
| | Approximate mileage: | **143000** |
| | Other information: | |

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,144.00 | $10,144.00 |

| 3.2 | Make: | **Cadillac** |
|---|---|---|
| | Model: | **Escalade** |
| | Year: | **2008** |
| | Approximate mileage: | **182000** |
| | Other information: | |

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,896.00 | $7,896.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>

$18,040.00

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Various household furnishings, including beds, TV's, dressers, dining tables, couches, etc. | $500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**                                      Case number *(if known)*   **17-13632**

9.  **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
musical instruments
    - ■ No
    - ☐ Yes.  Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ■ No
    - ☐ Yes.  Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ■ Yes.  Describe.....

| | |
|---|---|
| Various women's clothing, including socks, undergarments, slacks, jeans, skirts, dresses, blouses, etc. | $200.00 |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ■ Yes.  Describe.....

| | |
|---|---|
| Wedding ring and band. | $2,000.00 |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
    - ■ No
    - ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ■ No
    - ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| $2,700.00 |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ■ Yes.................................................................................................................

| | |
|---|---|
| Cash on hand at any given time. | $20.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ■ Yes.......................              Institution name:

Debtor 1    **Michelle Meehan Bloxton**                                    Case number *(if known)*    17-13632

| 17.1. | **Checking** | **Bank of America.** | $100.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

Debtor 1    **Michelle Meehan Bloxton**                                                    Case number *(if known)*    **17-13632**

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2017** | Federal | $1.00 |
| **2017** | State | $1.00 |
| **2018** | Federal | $1.00 |
| **2018** | State | $1.00 |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name:                                    Beneficiary:                        Surrender or refund
value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here**................................................................................................................

| |
|---|
| $124.00 |

Official Form 106A/B                          Schedule A/B: Property                          page 5

| Debtor 1 | **Michelle Meehan Bloxton** | Case number *(if known)* | **17-13632** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
☑ No
☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes.  Describe.....

41.  **Inventory**
☑ No
☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
☐ No
☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Culinary Command Cuisine, LLC** | **50** | % | Unknown |
| **Saldivar & Associates, Inc** | **51** | % | Unknown |
| **StadiYum Cuisine, LLC** | **50** | % | Unknown |
| **R & M Ventures, LLC** | **50** | % | Unknown |
| **Oxygen, LLC.** | **Technically 0%, but is the equitable owner.** | % | Unknown |
| **Blu Cuisine, LLC.** | **Technically 0%, but is the equitable owner.** | % | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1     **Michelle Meehan Bloxton**                                                    Case number *(if known)*    **17-13632**

43. **Customer lists, mailing lists, or other compilations**
    ☑ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ☑ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................................    **$0.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................................    **$595,119.50**

56. **Part 2: Total vehicles, line 5**                                                     **$18,040.00**
57. **Part 3: Total personal and household items, line 15**                                **$2,700.00**
58. **Part 4: Total financial assets, line 36**                                              **$124.00**
59. **Part 5: Total business-related property, line 45**                                       **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                              **$0.00**
61. **Part 7: Total other property not listed, line 54**                          +            **$0.00**

62. **Total personal property.** Add lines 56 through 61...        **$20,864.00**        Copy personal property total ▶        **$20,864.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62        **$615,983.50**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | **17-13632** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**     **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2008 Cadillac Escalade 143000 miles**<br>Line from *Schedule A/B*: **3.1** | $10,144.00 | ☑ | $3,031.00 | Va. Code Ann. § 34-26(8) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2008 Cadillac Escalade 143000 miles**<br>Line from *Schedule A/B*: **3.1** | $10,144.00 | ☑ | $3,570.00 | Va. Code Ann. § 34-4 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2008 Cadillac Escalade 182000 miles**<br>Line from *Schedule A/B*: **3.2** | $7,896.00 | ☑ | $2,969.00 | Va. Code Ann. § 34-26(8) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Various household furnishings, including beds, TV's, dressers, dining tables, couches, etc.**<br>Line from *Schedule A/B*: **6.1** | $500.00 | ☑ | $500.00 | Va. Code Ann. § 34-26(4a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Various women's clothing, including socks, undergarments, slacks, jeans, skirts, dresses, blouses, etc.**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ☑ | $200.00 | Va. Code Ann. § 34-26(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**                                         Case number (if known)    **17-13632**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding ring and band.**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(1a) |
| **Cash on hand at any given time.**<br>Line from *Schedule A/B*: **16.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Checking: Bank of America.**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Federal: 2017**<br>Line from *Schedule A/B*: **28.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(9) |
| **State: 2017**<br>Line from *Schedule A/B*: **28.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(9) |
| **Federal: 2018**<br>Line from *Schedule A/B*: **28.3** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(9) |
| **State: 2018**<br>Line from *Schedule A/B*: **28.4** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(9) |
| **Culinary Command Cuisine, LLC**<br>**50 % ownership**<br>Line from *Schedule A/B*: **42.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 50-73.105 |
| **Saldivar & Associates, Inc**<br>**51 % ownership**<br>Line from *Schedule A/B*: **42.2** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 50-73.105 |
| **StadiYum Cuisine, LLC**<br>**50 % ownership**<br>Line from *Schedule A/B*: **42.3** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 50-73.105 |
| **R & M Ventures, LLC**<br>**50 % ownership**<br>Line from *Schedule A/B*: **42.4** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 50-73.105 |
| **Oxygen, LLC.**<br>**Technically 0%, but is the equitable owner.**<br>Line from *Schedule A/B*: **42.5** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 50-73.105 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Michelle Meehan Bloxton** | | | Case number (if known) | **17-13632** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Blu Cuisine, LLC.**<br>**Technically 0%, but is the equitable owner.**<br>Line from *Schedule A/B*: **42.6** | **Unknown** | ■              **$0.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 50-73.105** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ☐     No

         ☐     Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Michelle Meehan Bloxton**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    **17-13632**
(if known)

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

| 2.1 | **Ally Financial** | | | |
|---|---|---|---|---|

| | Describe the property that secures the claim: | $3,543.00 | $10,144.00 | $0.00 |
|---|---|---|---|---|

**2008 Cadillac Escalade 143000 miles**

Creditor's Name

**PO Box 78252**
**Phoenix, AZ 85062-8252**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Vehicle Loan**

Date debt was incurred          Last 4 digits of account number   **6752**

| 2.2 | **Chase Mortgage** | Describe the property that secures the claim: | $286,400.00 | $595,119.50 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6564 Manet Court Woodbridge, VA 22193  Prince William County**

**Po Box 24696**
**Columbus, OH 43224**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                           Case number (if know)  **17-13632**
　　　　　First Name　　　Middle Name　　　　Last Name

**Opened 08/06 Last**
Date debt was incurred **Active 10/17**    Last 4 digits of account number  **7369**

---

| 2.3 | **Internal Revenue Service** | Describe the property that secures the claim: | **$97,113.00** | **$10,144.00** | **$90,512.00** |
|---|---|---|---|---|---|

Creditor's Name

**2008 Cadillac Escalade 143000 miles**

**P.O. Box 7346
Philadelphia, PA
19101-7346**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Federal Tax Lien.**

Date debt was incurred  **2/7/2017**    Last 4 digits of account number  **0372**

---

| 2.4 | **Pnc Mortgage** | Describe the property that secures the claim: | **$258,089.00** | **$595,119.50** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**6564 Manet Court Woodbridge, VA 22193  Prince William County**

**Po Box 8703
Dayton, OH 45401**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **First Mortgage**

**Opened 11/13 Last**
Date debt was incurred **Active 10/17**    Last 4 digits of account number  **1770**

---

| 2.5 | **Wells Fargo Auto** | Describe the property that secures the claim: | **$4,927.00** | **$7,896.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2008 Cadillac Escalade 182000 miles**

**Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Vehicle Loan**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

| Debtor 1 | **Michelle Meehan Bloxton** | | | Case number *(if know)* | **17-13632** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | **Opened 11/12  Last Active 09/17** | | | |
|---|---|---|---|---|
| **Date debt was incurred** | | **Last 4 digits of account number** | **6596** | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$650,072.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$650,072.00** |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 17-13632 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Beth Sharpe**
Priority Creditor's Name

**17511 Joplin Road
Triangle, VA 22172**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___  ___  ___  ___            **Unknown**    **Unknown**    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Wages, salaries, and commissions
Unpaid wages.**

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 2.2 | **Comptroller of Maryland** | Last 4 digits of account number  **7624** | **$67,128.75** | **$67,128.75** | **$0.00** |

Priority Creditor's Name
**110 Carroll Street**
**Annapolis, MD 21411-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes**

---

| 2.3 | **County of Fairfax** | Last 4 digits of account number | **$8,223.59** | **$8,223.59** | **$0.00** |

Priority Creditor's Name
**Dept of Tax Administration**
**PO Box 9156**
**Alexandria, VA 22304-0156**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?    4/27/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes**

---

| 2.4 | **County of Fairfax** | Last 4 digits of account number | **$14,102.00** | **$14,102.00** | **$0.00** |

Priority Creditor's Name
**Dept of Tax Administration**
**PO Box 19156**
**Alexandria, VA 22304-0516**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?    4/2/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes**

---

Debtor 1   **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 2.5 | **County of Fairfax** | Last 4 digits of account number | | **$13,611.83** | **$13,611.83** | **$0.00** |

Priority Creditor's Name

**Dept of Tax Administration**
**PO Box 9156**
**Alexandria, VA 22304-0156**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ **Taxes**

---

| 2.6 | **Internal Revenue Service** | Last 4 digits of account number | | **$4,613.67** | **$4,613.67** | **$0.00** |

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ **Taxes**

---

| 2.7 | **Internal Revenue Service** | Last 4 digits of account number | 0372 | **$97,113.00** | **$0.00** | **$97,113.00** |

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

When was the debt incurred?    **2/7/2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ **All property owned by the debtor, excluding her house.**

---

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

| 2.8 | **US Department of Treasury** | Last 4 digits of account number | **106B** | **$1,578,634. 36** | **$12,850.00** | **$1,565,784. 36** |

Priority Creditor's Name

**Bureau of the Fiscal Service**
**PO Box 830794**
**Birmingham, AL 35283-0794**

When was the debt incurred?    **4/4/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ **Check if this claim is for a  community debt**
- ■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

- ☐ Claims for death or personal injury while you were intoxicated
- ■ No
- ☐ Other. Specify _____
- ☐ Yes

---

| 2.9 | **Virginia Department of Taxatio** | Last 4 digits of account number | | **$143,051.7 1** | **$143,051.71** | **$0.00** |

Priority Creditor's Name

**P.O. Box 1777**
**Richmond, VA 23218-1777**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ **Check if this claim is for a  community debt**
- ■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

- ☐ Claims for death or personal injury while you were intoxicated
- ■ No
- ☐ Other. Specify _____
- ☐ Yes

**Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.**    Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.**    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Michelle Meehan Bloxton**

Case number *(if know)*    **17-13632**

---

| 4.1 | **09 Fox Creek Homeowners** | Last 4 digits of account number | **8752** | **$3,543.00** |

Nonpriority Creditor's Name

When was the debt incurred?     **Opened 11/12  Last Active 9/08/17**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Credit.**

---

| 4.2 | **24 Palace Lane** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**Stafford, VA 22554**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ■ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Credit.**

---

| 4.3 | **Abdallah Ouhamou** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**8226 Ingersol Road**
**DC 20309**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ■ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Credit.**

---

Debtor 1   **Michelle Meehan Bloxton**                                      Case number (if know)    **17-13632**

---

| 4.4 | **Accident Fund** | Last 4 digits of account number | | $930.00 |

Nonpriority Creditor's Name
**C/O Lamont, Hayley & Associate**
**PO Box 179**                                When was the debt incurred?
**Manchester, NH 03105-0179**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                  ☐ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify   **Credit.**

---

| 4.5 | **Adam Neira** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**10350 Bridgetown Place**                     When was the debt incurred?
**Burke, VA 22015**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                               ■ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                  ■ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify   **Credit.**

---

| 4.6 | **Adams Burch** | Last 4 digits of account number | | $24,996.00 |

Nonpriority Creditor's Name
**1901 Stanford Ct.**                          When was the debt incurred?
**Hyattsville, MD 20785**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                  ☐ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                          Case number (if know)    **17-13632**

---

| 4.7 | **Alexander Acosta** | Last 4 digits of account number | **BMSN** | Unknown |

Nonpriority Creditor's Name

**200 Constitution Ave. NW**
**Washington, DC 20210**

When was the debt incurred?    **5/17/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit.**

---

| 4.8 | **Alexis Kyler** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**3465 Andrew Ct. Apt#301**
**Laurel, MD 20724**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit.**

---

| 4.9 | **Alicio Caballero** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**6746 Metropolitan Center Dr.**
**#103**
**Springfield, VA 22150**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit.**

---

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.10 | **Alvaro Gonzales** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3206 Allen Street #103**
**Falls Church, VA 22042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit.**

---

| 4.11 | **American Energy Restaurant Equ** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**7538 Fullerton Ct.**
**Springfield, VA 22153**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit.**

---

| 4.12 | **Ana Beltran** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3705 3rd St. S.**
**Arlington, VA 22204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (if know)   **17-13632**

| 4.1 3 | | |
|---|---|---|

**Angela Chavez**

Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**14712 Birchdale Ave**          When was the debt incurred? _____
**Woodbridge, VA 22193**

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only                               ■ Contingent
- ☐ Debtor 2 only                               ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                  ■ Disputed
- ☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**   ☐ Student loans
  **debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
- ■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                         ■ Other. Specify  **Credit.**

| 4.1 4 | | |
|---|---|---|

**Angelo Alfaro Jr.**

Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**15 Persevere Drive**          When was the debt incurred? _____
**Stafford, VA 22554**

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only                               ■ Contingent
- ☐ Debtor 2 only                               ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                  ■ Disputed
- ☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**   ☐ Student loans
  **debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
- ■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                         ■ Other. Specify  **Credit.**

| 4.1 5 | | |
|---|---|---|

**Anne Portell**

Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**10 Dorchester Court**          When was the debt incurred? _____
**Stafford, VA 22554**

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only                               ■ Contingent
- ☐ Debtor 2 only                               ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                  ■ Disputed
- ☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**   ☐ Student loans
  **debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
- ■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                         ■ Other. Specify  **Credit.**

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)  **17-13632**

---

**4.16**

**Anthony Adams**

Nonpriority Creditor's Name

**12538 Armada Place**
**Woodbridge, VA 22192**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

**4.17**

**Anthony Archibald**

Nonpriority Creditor's Name

**10409 Falling Leaf CT**
**Upper Marlboro, MD 20774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

**4.18**

**Anup Barua**

Nonpriority Creditor's Name

**3713 7th Street, South**
**Arlington, VA 22204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
■ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

Debtor 1  **Michelle Meehan Bloxton**

Case number *(if know)*   **17-13632**

| 4.1 9 | **Araceli Brunorios** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name

**8963 Milroy Court**
**Manassas, VA 20110**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.2 0 | **Armando Escobar** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name

**7823 13th Road, South**
**Springfield, VA 22153**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.2 1 | **Armeldo Hernandez** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name

**9257 Fawnlily Court**
**Manassas, VA 20110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| Debtor 1 | **Michelle Meehan Bloxton** | | Case number (if know) | **17-13632** |

---

<table>
<tr><td>4.2<br>2</td><td></td></tr>
</table>

**Atanas Kostanev**

Nonpriority Creditor's Name

**8264 Burning Forest CT**
**Springfield, VA 22153**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit.** _____

---

<table>
<tr><td>4.2<br>3</td><td></td></tr>
</table>

**Bayron Chacon**

Nonpriority Creditor's Name

**2149 Jennings Street**
**Woodbridge, VA 22192**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit.** _____

---

<table>
<tr><td>4.2<br>4</td><td></td></tr>
</table>

**BB&T**

Nonpriority Creditor's Name

**C/O FBCS**
**330 S Warminster Road, Ste 353**
**Hatboro, PA 19040**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **4605** _____     **$134.52**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit.** _____

---

Debtor 1 **Michelle Meehan Bloxton**

Case number (if know) **17-13632**

---

**4.2 5**

**Bessy Oseguera**
Nonpriority Creditor's Name
**14035 Benton Street**
**Woodbridge, VA 22193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit.**

---

**4.2 6**

**Brenda Pinto**
Nonpriority Creditor's Name
**2037 Germander Way**
**Woodbridge, VA 22192**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit.**

---

**4.2 7**

**Brookes Rental**
Nonpriority Creditor's Name
**321 Mill Street NE**
**Vienna, VA 22180-4525**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$1,228.58**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                        Case number (if know)    **17-13632**

---

| 4.2 8 | **Carlos Amaya** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**3400 Hewitt Avenue, #1**
**Silver Spring, MD 20906**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.2 9 | **Carlos Cruz** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**3840 Florence Drive, Apt#2**
**Alexandria, VA 22305**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.3 0 | **Carlos Lacayo** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**502 N Mansfield Street**
**VA 22324**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1 **Michelle Meehan Bloxton**                                                     Case number (if know)    **17-13632**

---

| 4.3 1 | **Carlos Washington** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**7945 Janna Lee Ave**
**Apt 302**
**Alexandria, VA 22306**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.3 2 | **Carmen Licona** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**8559 Klouder Court**
**Lorton, VA 22079**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.3 3 | **Carmina Roman** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**5320 South 8th Road #4**
**Arlington, VA 22204**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

Debtor 1   **Michelle Meehan Bloxton**                                          Case number *(if know)*   **17-13632**

---

**4.3 4**

**Cecilia Romero**                                              Last 4 digits of account number                              **Unknown**
Nonpriority Creditor's Name
**14305 Benton Street**                                         When was the debt incurred?
**Woodbridge, VA 22193**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                                ■ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                   ■ Disputed

☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                    ☐ Student loans
   debt**
                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                               report as priority claims

■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Credit.**

---

**4.3 5**

**Chase Auto Finance**                                         Last 4 digits of account number   **2105**                  **$4,492.00**
Nonpriority Creditor's Name
**National Bankruptcy Dept**                                                                      **Opened 05/12  Last Active**
**201 N Central Ave Ms Az1-1191**                              When was the debt incurred?        **9/26/17**
**Phoenix, AZ 85004**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                                ☐ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                   ☐ Disputed

☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                    ☐ Student loans
   debt**
                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                               report as priority claims

■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Credit.**

---

**4.3 6**

**Chase Card**                                                 Last 4 digits of account number   **8217**                  **$4,927.00**
Nonpriority Creditor's Name
**Attn: Correspondence Dept**                                                                     **Opened 01/16  Last Active**
**Po Box 15298**                                               When was the debt incurred?        **10/19/17**
**Wilmington, DE 19850**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                                ☐ Contingent

☐ Debtor 2 only                                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                   ☐ Disputed

☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                    ☐ Student loans
   debt**
                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                               report as priority claims

■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                              Case number (if know)    **17-13632**

---

| 4.3 7 | **Chase Card** | Last 4 digits of account number | **8736** | **$10,635.00** |

Nonpriority Creditor's Name

**Attn: Correspondence Dept**
**Po Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?   **Opened 04/07  Last Active 10/17/17**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

| 4.3 8 | **Christian Barrantes** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**7414 Parkwood Court**
**Falls Church, VA 22042**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

| 4.3 9 | **Cielo Esther Parga** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3509 Robert E Liee**
**Apt 101**
**Alexandria, VA 22306**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

Debtor 1   **Michelle Meehan Bloxton** _____     Case number (if know)   **17-13632**

---

**4.40**

| | |
|---|---|
| **Cindy Lopez** | |
| Nonpriority Creditor's Name | |
| **3916 Elbert Avenue** | |
| **Alexandria, VA 22305** | |
| Number Street City State Zip Code | |

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.** _____

---

**4.41**

| | |
|---|---|
| **Claudia Y Panameno** | |
| Nonpriority Creditor's Name | |
| **618 N. Howard St. #404** | |
| **Alexandria, VA 22304** | |
| Number Street City State Zip Code | |

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.** _____

---

**4.42**

| | |
|---|---|
| **Coastal Sunbelt Produce** | |
| Nonpriority Creditor's Name | |
| **C/O Blake A. Surbey, Esq.,** | |
| **4530 Wisconsin Ave, NW; 301;** | |
| **Washington, DC 20016** | |
| Number Street City State Zip Code | |

Last 4 digits of account number   **LTCB**   **Unknown**

When was the debt incurred?   **6/2/2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

| 4.4<br>3 | **Comenity Bank/Victoria Secret** | Last 4 digits of account number | **9794** | **$699.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**

**When was the debt incurred?**    **Opened 09/09  Last Active 09/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

| 4.4<br>4 | **Connor Bloxton** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**6564 Manet Court**
**Woodbridge, VA 22193**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

| 4.4<br>5 | **Cornell Warren** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**7007 Foster Street**
**District Heights, MD 20747**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Michelle Meehan Bloxton**                                                      Case number (if know)    **17-13632**

---

**4.4
6**

**Danny Kitcher**                                                  Last 4 digits of account number _____                    **Unknown**
Nonpriority Creditor's Name
**6375 Oakland CT**                                                 **When was the debt incurred?** _____
**Woodbridge, VA 22193**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                               **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                                    ■ Contingent
☐ Debtor 2 only                                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                       ■ Disputed
☐ At least one of the debtors and another                          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**                      ☐ Student loans
**debt**                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                report as priority claims
■ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                              ■ Other. Specify   **Credit.** _____

---

**4.4
7**

**Darnell Zeigler**                                                Last 4 digits of account number _____                    **Unknown**
Nonpriority Creditor's Name
**7007 Foster Street**                                             **When was the debt incurred?** _____
**District Heights, MD 20747**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                               **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                                    ■ Contingent
☐ Debtor 2 only                                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                       ■ Disputed
☐ At least one of the debtors and another                          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**                      ☐ Student loans
**debt**                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                report as priority claims
■ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                              ■ Other. Specify   **Credit.** _____

---

**4.4
8**

**Dashawn Driver**                                                Last 4 digits of account number _____                    **Unknown**
Nonpriority Creditor's Name
**2508 Senator Avenue**                                            **When was the debt incurred?** _____
**District Heights, MD 20747**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                               **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                                    ■ Contingent
☐ Debtor 2 only                                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                       ■ Disputed
☐ At least one of the debtors and another                          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**                      ☐ Student loans
**debt**                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                report as priority claims
■ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                              ■ Other. Specify   **Credit.** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                       Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.4 9 | | |
|---|---|---|

**Delia Gutierrez**
Nonpriority Creditor's Name

**7902 Stork Road**
**Alexandria, VA 22306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.5 0 | | |
|---|---|---|

**Derrick Stanford**
Nonpriority Creditor's Name

**7728 Wolford Way**
**Lorton, VA 22079**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.5 1 | | |
|---|---|---|

**Diana Rivera**
Nonpriority Creditor's Name

**8538 Southlawn Court**
**Alexandria, VA 22309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                    Case number *(if know)*    **17-13632**

---

**4.5 2**

**Dianna Gilbert**
Nonpriority Creditor's Name

**11 North Hampton Blvd.**
**Stafford, VA 22554**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit.**

---

**4.5 3**

**Dick and Lisa Krauss**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit.**

---

**4.5 4**

**Dominion Energy**
Nonpriority Creditor's Name

**C/O CCI**
**PO Box 3207**
**Augusta, GA 30903-2207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **7662**                    **$5,928.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)  **17-13632**

---

**4.5 5**

**Douglas Zelaya**
Nonpriority Creditor's Name
**5535 Columbia Pike Apt#305**
**Arlington, VA 22204**
Number City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

**4.5 6**

**Edwin Estrada**
Nonpriority Creditor's Name
**9065 Silver Maple CT**
**Manassas, VA 20110**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

**4.5 7**

**Elberts Ice**
Nonpriority Creditor's Name
**7 Jay Gould Court #10**
**Waldorf, MD 20602-2776**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **$1,800.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.5 8 | **Elida Rivas and Delia Gutierre** | Last 4 digits of account number | **8219** | Unknown |

Nonpriority Creditor's Name

**C/O Nicholas Cooper Marritz**
**6066 Leesburg Pike, Ste 520**
**Falls Church, VA 22041**

When was the debt incurred?    **7/28/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit.**

---

| 4.5 9 | **Elida Rivas Barahona** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**6716 Metropolitan Center Drive**
**Apt 104**
**Springfield, VA 22150**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit.**

---

| 4.6 0 | **Elizabeth Peralta** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**14730 Parson Weems Loop**
**Woodbridge, VA 22193**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)   **17-13632**

---

| 4.6 1 | **Eloyda Crozco** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4427 Hersand Court**
**Woodbridge, VA 22193**

When was the debt incurred?

Number City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Credit.**

---

| 4.6 2 | **Elvin Javier Pocasangre** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5805 Royal Ridge Drive**
**Springfield, VA 22152**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Credit.**

---

| 4.6 3 | **Eric Jones** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**706 Longfellow Street NW**
**Washington, DC 20011**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**

Case number (if know)   **17-13632**

---

| 4.6 4 | **Ericka Chinchilla Fuent** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7731 Heritage Drive**
**Annandale, VA 22003**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit.**

---

| 4.6 5 | **Felipe Prudencio** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**12507 Holdridge Road**
**CA 90206**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit.**

---

| 4.6 6 | **Felipe Prudencio** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**12605 Layhill Road**
**Apt 102**
**CA 90206**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Michelle Meehan Bloxton**                                           Case number (if know)    **17-13632**

---

| 4.6 7 | **Fernando Sanchez** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**5202 Dover Pl.**
**Alexandria, VA 22311**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.6 8 | **First Data** | Last 4 digits of account number | **7000** | **$754.00** |

Nonpriority Creditor's Name
**5565 Glenridge**
**Connector NE Ste 2000**
**Atlanta, GA 30342**
Number Street City State Zip Code

When was the debt incurred?  **Opened 2/01/15  Last Active 05/17**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.6 9 | **First Data Global** | Last 4 digits of account number | **7000** | **$982.45** |

Nonpriority Creditor's Name
**C/O Hunter Warfield**
**PO Box 1022**
**Wixom, MI 48393-1022**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.7 0 | **Fritz & Company** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4084 University Drive**
**Suite 200**
**Fairfax, VA 22030-6800**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.7 1 | **George Nelson** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**703 Hillwood Ave**
**Arlington, VA 22204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.7 2 | **Glenda Amaya** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1306 Bayside Avenue**
**Woodbridge, VA 22191**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

**4.73**

**Gustavo Atapaucar Tapia**                              Last 4 digits of account number _____              **Unknown**

Nonpriority Creditor's Name

**12409 Colby Drive**                                      When was the debt incurred? _____

**Woodbridge, VA 22192**

Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                           ☑ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ☑ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

☑ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ☑ Other. Specify  **Credit.** _____

---

**4.74**

**Gustavo Atapaucar Tapia**                              Last 4 digits of account number _____              **Unknown**

Nonpriority Creditor's Name

**12409 Colby Drive**                                      When was the debt incurred? _____

**Woodbridge, VA 22192**

Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                           ☑ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ☑ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

☑ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ☑ Other. Specify  **Credit.** _____

---

**4.75**

**H & S Bakery**                                         Last 4 digits of account number _____              **Unknown**

Nonpriority Creditor's Name

**PO Box 824621**                                         When was the debt incurred? _____

**Philadelphia, PA 19182**

Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only                                           ☐ Contingent

☐ Debtor 2 only                                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ☐ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

☑ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ☑ Other. Specify  **Credit.** _____

---

| Debtor 1 | **Michelle Meehan Bloxton** | | |
|---|---|---|---|
| | | Case number (if know) | **17-13632** |

---

**4.7 6**

**Hasan Arnold**
Nonpriority Creditor's Name
**1517 U Street, SE**
**Washington, DC 20020**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

**4.7 7**

**Hayley Gilbert**
Nonpriority Creditor's Name
**11 Northampton Blvd**
**Stafford, VA 22554**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

**4.7 8**

**Hayley Olsen**
Nonpriority Creditor's Name
**117 Springlake Drive**
**Stafford, VA 22554**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

**4.79**

| | |
|---|---|
| **Heather Page** | |
| Nonpriority Creditor's Name | |
| **147 Edinburgh Square** | |
| **Sterling, VA 20164** | |
| Number City State Zip Code | |

Last 4 digits of account number _____                **Unknown**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**   _____

---

**4.80**

**Henry Garcia**
Nonpriority Creditor's Name
**337 Moseby Court**
**Manassas, VA 20111**
Number Street City State Zip Code

Last 4 digits of account number _____                **Unknown**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**   _____

---

**4.81**

**Israel Chinchilla**
Nonpriority Creditor's Name
**6300 Dana Avenue**
**Springfield, VA 22150**
Number Street City State Zip Code

Last 4 digits of account number _____                **Unknown**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**   _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                                    Case number (if know)  **17-13632**

---

| 4.8 2 | **Jaime C Mercado** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6024 Sweet Dale CT**
**Springfield, VA 22152**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

| 4.8 3 | **Jaival Oubi Hi** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**605 Hunton Place**
**Leesburg, VA 20176**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

| 4.8 4 | **James Cetto** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4656 Evansdale Road**
**Woodbridge, VA 22193**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
■ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.8 5 | **James Sledge** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**7208 Autumn Blaze Circle**
**Clinton, MD 20735**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

| 4.8 6 | **Janemarie Alfaro** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**15 Persevere Drive**
**Stafford, VA 22554**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

| 4.8 7 | **Jason Jones** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**9617 Franklin Woods Place**
**Washington, DC 20011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

Debtor 1  **Michelle Meehan Bloxton**                                                    Case number (if know)    **17-13632**

---

| 4.8 8 | **Jesus Soto** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**14797 Daley Lane**
**Woodbridge, VA 22193**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.8 9 | **John Craig** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**6025 Lebanon Drive**
**Falls Church, VA 22041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.9 0 | **Jose Cruz** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**7430 Grace Street**
**Springfield, VA 22150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)  **17-13632**

| 4.9 1 | **Jose Manuel Moreno** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**14797 Daley Lane**
**Woodbridge, VA 22193**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.9 2 | **Jose Reyes** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**6314 Pioneer Street**
**Springfield, VA 22150**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.9 3 | **Jose Zambrano** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**5020 Rosemont Ave**
**Alexandria, VA 22309**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

4.9
4

**Justo Lainez**

Nonpriority Creditor's Name

**7430 Grace Street**
**Springfield, VA 22150**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.** _____

---

4.9
5

**Karla Arriaza Ramirez**

Nonpriority Creditor's Name

**511 Four Mile Apt# 604**
**VA 22300**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.** _____

---

4.9
6

**Karla Moises**

Nonpriority Creditor's Name

**4506 Commons Drive**
**Apt 207**
**Annandale, VA 22003**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.** _____

---

Debtor 1   **Michelle Meehan Bloxton**                                        Case number (if know)   **17-13632**

---

**4.97**

**Kathleen King**
Nonpriority Creditor's Name
**50 Lightfoot Drive**
**Stafford, VA 22554**
Number City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

**4.98**

**Kelly Sullivan**
Nonpriority Creditor's Name
**703 Hillwood Avenue**
**Falls Church, VA 22042**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

**4.99**

**Kenneth Wright**
Nonpriority Creditor's Name
**2143 Old Landing Way**
**Woodbridge, VA 22191**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)  **17-13632**

---

| 4.1 00 | **Kevin Garcia** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**337 Moseby Court**
**Manassas, VA 20111**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify  **Credit.**

---

| 4.1 01 | **Kevin Lackey** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**13421 Orchard Drive**
**Woodbridge, VA 22191**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify  **Credit.**

---

| 4.1 02 | **Kevin Nunez** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3911 Bruce Street, Apt#A8**
**Alexandria, VA 22305**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify  **Credit.**

---

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.1 03 | **Kevin Ortez** |
|---|---|

Nonpriority Creditor's Name

**3806 Executive Avenue, Apt#B-1**
**Alexandria, VA 22305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.1 04 | **Ki Choi** |
|---|---|

Nonpriority Creditor's Name

**3700 Fairfield Lane**
**Woodbridge, VA 22193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.1 05 | **Kimberly Dyson** |
|---|---|

Nonpriority Creditor's Name

**375 South Reynolds Street**
**Alexandria, VA 22305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

| 4.1 06 | **Latanya Burkhalter** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**11801 Buchanan Court**
**Fredericksburg, VA 22407**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Is the claim subject to offset?

☐ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

| 4.1 07 | **Leah Powers** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**9764 Lake Pointe Drive**
**Burke, VA 22015**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

| 4.1 08 | **Leta R Sullivan** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**703 Hillwood Ave**
**Falls Church, VA 22042**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**

Case number *(if know)*   **17-13632**

---

| 4.1 09 | **Lindsay Portell** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**12 Cherry Blossom Lane**
**Stafford, VA 22554**

Number City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 10 | **Lisa Kelman** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**502 West Broad Street, #319**
**Falls Church, VA 22046**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 11 | **Lorena Garcia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**3852 Pinewood Terrace**
**Falls Church, VA 22041**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                          Case number (if know)    **17-13632**

---

| 4.1 12 | **Lourdes Barrenechea** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**8477 Sugar Creek Ln**
**Springfield, VA 22153**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 13 | **Lowe's Credit** | Last 4 digits of account number | **7262** | **$4,429.36** |

Nonpriority Creditor's Name

**P.O. Box 530914**
**Atlanta, GA 30353**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 14 | **Lowe's BRC** | Last 4 digits of account number | | **$2,967.70** |

Nonpriority Creditor's Name

**c/o Global Solutions**
**13809 Reserach Boulevard**
**Austin, TX 78700**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.1 15 | **Lubin Barrantes** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**7312 Roosevelt Avenue**
**Falls Church, VA 22042**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.**

---

| 4.1 16 | **Lubin Barrantes** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**7312 Roosevelt Avenue**
**Falls Church, VA 22042**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.**

---

| 4.1 17 | **Luis Arevalo** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**14454 Belvedere Drive**
**Woodbridge, VA 22193**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.**

---

Debtor 1    **Michelle Meehan Bloxton**                                     Case number (if know)    **17-13632**

---

| 4.1 18 | **Luis Campos** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1342 Horner Road**
**Woodbridge, VA 22191**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Credit.**

☐ Yes

---

| 4.1 19 | **Maliya M Morris** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**114 Wellham Ave NW**
**Glen Burnie, MD 21061**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Credit.**

☐ Yes

---

| 4.1 20 | **Manuel Campos** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**4394 Eusbrook Lane**
**Woodbridge, VA 22193**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Credit.**

☐ Yes

---

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

| 4.1 21 | **Manuel Campos** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7430 Gface Street**
**Springfield, VA 22150**

When was the debt incurred?

Number City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.**

---

| 4.1 22 | **Manuel Chaves** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**14712 Birchdale Avenue**
**Woodbridge, VA 22193**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.**

---

| 4.1 23 | **Margaret A Lagos** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**12605 Thunder Chase Drive**
**Reston, VA 20191**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.**

---

Debtor 1   **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

**4.1**
**24**

**Maria Antoniet Pedraza**
Nonpriority Creditor's Name
**2012 N Daniel Street, Apt 203**
**Arlington, VA 22201**
Number City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.** _____

---

**4.1**
**25**

**Maria Hernandez**
Nonpriority Creditor's Name
**8223 Claremont Woods Drive**
**Alexandria, VA 22309**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.** _____

---

**4.1**
**26**

**Maria Maravilla**
Nonpriority Creditor's Name
**3507 Robert E Lee Place**
**#101**
**Alexandria, VA 22306**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.1 27 | **Maria Roca Dearias** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**7914 Charles Thomson**
**Apt 203**
**Annandale, VA 22003**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.1 28 | **Maria Rubio** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**5734 Backlick Road**
**Springfield, VA 22150**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.1 29 | **Maritza Morales** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**9807 Tara Court**
**Burke, VA 22015**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)  **17-13632**

---

<table>
<tr><td>4.1<br>30</td><td colspan="2"></td></tr>
</table>

**Mark White**

Nonpriority Creditor's Name

**4111 Eads Street**
**Washington, DC 20011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit.** _____

---

<table>
<tr><td>4.1<br>31</td><td colspan="2"></td></tr>
</table>

**Marlene Arias**

Nonpriority Creditor's Name

**124 Patrick SE**
**Apt 268**
**Vienna, VA 22180**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit.** _____

---

<table>
<tr><td>4.1<br>32</td><td colspan="2"></td></tr>
</table>

**Marlene Arias**

Nonpriority Creditor's Name

**9411 Lee Highway, #1112**
**Fairfax, VA 22031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit.** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**                                          Case number (if know)   **17-13632**

---

| 4.1<br>33 | **Marques Faison** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**2402 Maple Cross Street**
**Accokeek, MD 20607**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   **Credit.**

---

| 4.1<br>34 | **Marta J Martinez** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**3301 Fallowfield Drive**
**Falls Church, VA 22042**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   **Credit.**

---

| 4.1<br>35 | **Martha Peterson** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**4247 Hunt Club Circle,**
**Apt 1413**
**Fairfax, VA 22033**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

| 4.1 36 | **Mary Norma Jaldin** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6102 Calico Pool Lane**
**VA 22105**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 37 | **Massage Envy** | Last 4 digits of account number  **0016** | **$119.98** |

Nonpriority Creditor's Name

**2855 University Parkway**
**Sarasota, FL 34243**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 38 | **Megan Zinn** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**9201 Cork Place**
**Burke, VA 22015**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1   **Michelle Meehan Bloxton**                                    Case number (if know)   **17-13632**

| 4.1 39 | **Melissa Lopez** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1306 Bayside Avenue**
**Woodbridge, VA 22191**
Number City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 40 | **Melissa Roseboro** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4411 Eads Street**
**Washington, DC 20019**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 41 | **Michael Cetto** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1621 Ladue Court**
**Woodbridge, VA 22192**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1   **Michelle Meehan Bloxton**                                    Case number *(if know)*   **17-13632**

---

| 4.1 42 | **Michael Eldridge** | Last 4 digits of account number | **2300** | Unknown |

Nonpriority Creditor's Name

**6234 Jean Louise Way**
**Alexandria, VA 22310**

Number City State Zip Code

When was the debt incurred?   **03/10/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit.**

---

| 4.1 43 | **Michael Eldridge** | Last 4 digits of account number | **2301** | Unknown |

Nonpriority Creditor's Name

**6234 Jean Louise Way**
**Alexandria, VA 22310**

Number Street City State Zip Code

When was the debt incurred?   **07/05/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit.**

---

| 4.1 44 | **Michelle Kalski** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**10332 Wisteria Drive**
**Fredericksburg, VA 22408**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**

Case number (if know)   **17-13632**

---

| 4.1 45 | **Milton Guerrero Henrique** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2905 Seay St Apt#301**
**Alexandria, VA 22314**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

| 4.1 46 | **Mlargo Mencia** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**14810 Evey TUrn**
**Woodbridge, VA 22193**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

| 4.1 47 | **Nancy Lee Brya** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**15347 Edgehill Drive**
**Dumfries, VA 22026**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.1 48 | |
|---|---|

**Nancy Lee Brya Moser**

Nonpriority Creditor's Name

**15347 Edgehill Drive**
**Dumfries, VA 22026**

Number City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.1 49 | |
|---|---|

**Nancy M Leonzo**

Nonpriority Creditor's Name

**2825 Bellbrook Street**
**Temple Hills, MD 20748**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

| 4.1 50 | |
|---|---|

**Nasdy Pena**

Nonpriority Creditor's Name

**6322 Indian Run Parkway**
**Alexandria, VA 22312**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**                                    Case number (if know)   **17-13632**

---

| 4.1 51 | **Natalie Hughes** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**516 Pacer Drive**
**Hyattsville, MD 20785**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit.**

---

| 4.1 52 | **Natalie Seng** | Last 4 digits of account number   **0600** | | Unknown |

Nonpriority Creditor's Name

**C/O Matthew Sutter**
**7540 Little River Turnpike**
**Annandale, VA 22003**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit.**

---

| 4.1 53 | **Natalie Seng** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**5814 Pamela Drive**
**Centreville, VA 20120**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.1 54 | **Nolvia Galindo** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5730 Backlick Road**
**Springfield, VA 22150**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 55 | **Norma Gomez** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4222 Gibson Court**
**Woodbridge, VA 22193**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 56 | **Omar J Floyd** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**9604 Surratts Manor Drive**
**Clinton, MD 20735**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Debtor 1    **Michelle Meehan Bloxton**                                                          Case number (if know)    **17-13632**

---

| 4.1 57 | **Onajee Lanier** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**10313 Farrar Avenue**
**Cheltenham, MD 20623**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

| 4.1 58 | **Patient First** | Last 4 digits of account number | **4865** | **$275.27** |

Nonpriority Creditor's Name
**C/O Receivables Manag Services**
**P.O. Box 8630**
**Richmond, VA 23266**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

| 4.1 59 | **Patrcia Grant** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**215 Northview Drive**
**Fredericksburg, VA 22408**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**                                      Case number *(if know)*  **17-13632**

---

| 4.1 60 | **Patricia Sanabria Quiroga** | Last 4 digits of account number \_\_\_ \_\_\_ \_\_\_ \_\_\_ | **Unknown** |

Nonpriority Creditor's Name
**4135 Minton Drive**
**Fairfax, VA 22032**
Number City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

| 4.1 61 | **Performance Food Group** | Last 4 digits of account number  **4045** | **$192,503.10** |

Nonpriority Creditor's Name
**12500 W Creek Pkwy**
**Henrico, VA 23238**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **10/31/16**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

| 4.1 62 | **Rachael Lincoln** | Last 4 digits of account number \_\_\_ \_\_\_ \_\_\_ \_\_\_ | **Unknown** |

Nonpriority Creditor's Name
**1203 Westview Drive**
**Fredericksburg, VA 22405**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Michelle Meehan Bloxton**                                          Case number (if know)   **17-13632**

| | | | | |
|---|---|---|---|---|

**4.1**
**63**

**Reginald Lawrence**

Last 4 digits of account number _____                          **Unknown**

Nonpriority Creditor's Name

**2812 Xavier Lane**

When was the debt incurred? _____

**District Heights, MD 20747**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ■ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**    ☐ Student loans
**debt**

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Credit.**

---

**4.1**
**64**

**Ricoh Copiers**

Last 4 digits of account number   **9002**                          **Unknown**

Nonpriority Creditor's Name

**PO Box 10306**

When was the debt incurred? _____

**Des Moines, IA 50306-0306**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Credit.**

---

**4.1**
**65**

**Rita Landaverde**

Last 4 digits of account number _____                          **Unknown**

Nonpriority Creditor's Name

**12517 Gordon Blvd #202**

When was the debt incurred? _____

**Woodbridge, VA 22192**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ■ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)   **17-13632**

---

| 4.1 66 | **Robert Saldivar** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**8721 Bitterroot Court**
**Lorton, VA 22079**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 67 | **Rodrigo Castro** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**6317 Alamo Street**
**Springfield, VA 22150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 68 | **Roland Bascope** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**7902 Charles Thompson Lane**
**Apt 202**
**Annandale, VA 22003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (if know)    **17-13632**

---

| 4.1 69 | **Rolando Lemus** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**5557 Peppercorn Drive**
**Burke, VA 22015**

When was the debt incurred?

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.1 70 | **Rosa Argueta** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1115 S Wakefield, Apt 22**
**Arlington, VA 22204**

When was the debt incurred?

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.1 71 | **Rosio Gonzales** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**4635 Evansdale Road**
**Woodbridge, VA 22193**

When was the debt incurred?

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

Debtor 1    **Michelle Meehan Bloxton**

Case number (if know)    **17-13632**

---

| 4.1 72 | **Roxana Silva** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**955 South Columbus Street
Apt #509
Arlington, VA 22204**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Credit.**

---

| 4.1 73 | **Rubelio Hernandez** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**8505 Stone Wall Road
Manassas, VA 20110**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Credit.**

---

| 4.1 74 | **Rubelio Hernandez** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**8370 Shady Grove Circle
Manassas, VA 20110**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**

Case number *(if know)*    **17-13632**

---

| 4.1 75 | **Ryland Jones** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3001 Branch Ave #519**
**Temple Hills, MD 20748**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit.**

---

| 4.1 76 | **Salvador Sanchez** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7313 Valleycrest Blvd.**
**Annandale, VA 22003**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit.**

---

| 4.1 77 | **Santos Carbajal** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**337 Moseby Court**
**Manassas, VA 20111**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit.**

---

Debtor 1   **Michelle Meehan Bloxton**                                                          Case number (if know)    **17-13632**

---

| 4.1 78 | **Shoany Rodriguez** | | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**7029 Skyles Way**
**Apt T1**
**Springfield, VA 22151**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit.**

---

| 4.1 79 | **Sofia Martinez** | | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2251 Pimmit Drive Apt#930**
**Falls Church, VA 22043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit.**

---

| 4.1 80 | **Steve A Lacayo** | | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**5363 Essex Court, #252**
**Alexandria, VA 22311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton** _____  Case number (if know)    **17-13632**

---

| 4.1 81 | **Synchrony Bank/Lowes** | Last 4 digits of account number | **7262** | **$4,056.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896**

When was the debt incurred?    **Opened 11/23/09  Last Active 10/05/17**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit.**

---

| 4.1 82 | **Synchrony Bank/TJX** | Last 4 digits of account number | **5492** | **$260.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896**

When was the debt incurred?    **Opened 08/13  Last Active 9/17/17**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit.**

---

| 4.1 83 | **Synchrony Bank/TJX** | Last 4 digits of account number | **1900** | **$5,100.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896**

When was the debt incurred?    **Opened 11/13  Last Active 9/26/17**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit.**

---

Debtor 1  **Michelle Meehan Bloxton**

Case number (if know)  **17-13632**

---

| 4.1 84 | **Sysco** | Last 4 digits of account number | **8319** | | **$5,451.07** |

Nonpriority Creditor's Name
**1390 Enclave Parkway**
**Houston, TX 77077**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

| 4.1 85 | **The Hartford Insurance Company** | Last 4 digits of account number | **4263** | | **$13,849.84** |

Nonpriority Creditor's Name
**PO Box 660916**
**Dallas, TX 75266-0916**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

| 4.1 86 | **TJ Maxx** | Last 4 digits of account number | **5492** | | **$350.00** |

Nonpriority Creditor's Name
**770 Cochituate Road**
**Framingham, MA 01701**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.** _____

---

Debtor 1  **Michelle Meehan Bloxton**                                              Case number (if know)  **17-13632**

---

| 4.1 87 | **Tracy Williams** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |

Nonpriority Creditor's Name

**537 Adford Terrace, NE
Leesburg, VA 20176**

Number City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.1 88 | **Trifina Reyes** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** |

Nonpriority Creditor's Name

**901 South Dinwiddie Street
Arlington, VA 22204**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.1 89 | **U LINE c/o AGA** | Last 4 digits of account number ___ ___ ___ ___ | **$1,047.09** |

Nonpriority Creditor's Name

**740 Walt Whitman Road
Melville, NY 11747-9090**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton** | Case number (if know)  **17-13632**

---

| 4.1 90 | **US Department of Treasury** | Last 4 digits of account number  **106B** | **Unknown** |

Nonpriority Creditor's Name

**1500 Pennsylvania Avenue, NW**
**Washington, DC 20220**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.1 91 | **Verizon Wireless** | Last 4 digits of account number | **$6,288.47** |

Nonpriority Creditor's Name

**c/o McCarthy, Burgess and Wolf**
**26000 Cannon Rd.**
**Bedford, OH 44146**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

| 4.1 92 | **Veronica Castro** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7827 Rectory Lane**
**Annandale, VA 22003**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                                 Case number (if know)  **17-13632**

| 4.1 93 | **Victoria's Secret** | Last 4 digits of account number | **9794** | $600.00 |

Nonpriority Creditor's Name
**PO Box 659728**
**San Antonio, TX 78265-9728**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 94 | **Virginia Commerce Bank** | Last 4 digits of account number | **4524** | Unknown |

Nonpriority Creditor's Name
**C/O Collin C. Shannon**
**5311 Lee Highway**
**Arlington, VA 22207**
Number Street City State Zip Code

When was the debt incurred?  **3/27/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

| 4.1 95 | **Vivian Portell** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**24 Palace Lane**
**Stafford, VA 22554**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                      Case number (if know)   **17-13632**

---

| 4.1<br>96 | **Walter Falcon** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**8356 Moline Place**
**Springfield, VA 22153**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.** _____

---

| 4.1<br>97 | **Wells Fargo Dealer Services** | Last 4 digits of account number   6596 | **$4,927.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 19657**
**Irvine, CA 92623**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    **Opened 11/12  Last Active 09/17**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.** _____

---

| 4.1<br>98 | **Wilson Cortez** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6462 Franconia Road**
**Springfield, VA 22150**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit.** _____

---

Debtor 1  **Michelle Meehan Bloxton**                                      Case number *(if know)*    **17-13632**

---

| 4.1 99 | | |
|---|---|---|

**Xochil Contreras**                                       Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**4115 Galen Street**                                       When was the debt incurred?  _____

**Alexandria, VA 22309**

Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ■ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                               ■ Disputed

☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**               ☐ Student loans
**debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Credit.**

---

| 4.2 00 | | |
|---|---|---|

**Zoila Espinoza**                                         Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**5328 Anchor Court**                                      When was the debt incurred?  _____

**Fairfax, VA 22032**

Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ■ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                               ■ Disputed

☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**               ☐ Student loans
**debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Credit.**

---

| 4.2 01 | | |
|---|---|---|

**Zonia Portillo**                                         Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

**818 South Florida St, Apt#4**                            When was the debt incurred?  _____

**Arlington, VA 22204**

Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ■ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                               ■ Disputed

☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**               ☐ Student loans
**debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Credit.**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                                On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1  **Michelle Meehan Bloxton**                                                    Case number (if know)    **17-13632**

| | | |
|---|---|---|
| **Blake A. Surbey, Esq.**<br>**McCaron & Diess**<br>**4530 Wisconsin Ave. NW. 301**<br>**Washington, DC 20016** | Line **4.42** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **LTCB** |

| | | |
|---|---|---|
| Name and Address<br>**Collin C. Shannon**<br>**5311 Lee Highway**<br>**Arlington, VA 22207** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.194** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4524** |

| | | |
|---|---|---|
| Name and Address<br>**Elliot Jay Marsden, Esquire**<br>**Marsden, & Seledee, LLC**<br>**1 N. Charles Street, Ste 2300**<br>**Baltimore, MD 21201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.161** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4045** |

| | | |
|---|---|---|
| Name and Address<br>**Nicholas Cooper Marritz**<br>**6066 Leesburg Pike**<br>**Suite 520**<br>**Falls Church, VA 22041** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8219** |

| | | |
|---|---|---|
| Name and Address<br>**Sutter & Terpak, PLLC**<br>**7540 Little River Turnpike**<br>**Annandale, VA 22003** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.152** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0600** |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 1,926,478.91 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 1,926,478.91 |

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 303,274.83 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 303,274.83 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 17-13632 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| 2.2 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| 2.3 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| 2.4 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| 2.5 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 17-13632 |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Jeff Bloxton**<br>6564 Manet Court<br>Woodbridge, VA 22193<br>**Husband.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.6__<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.2 **R & R**<br>6564 Manet Court<br>Woodbridge, VA 22193 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**Synchrony Bank/Lowes** |
| 3.3 **R & R**<br>6564 Manet Court<br>Woodbridge, VA 22193 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**First Data** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Michelle Meehan Bloxton**                                Case number *(if known)*  **17-13632**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Regina Meehan**<br>**6528 Manet Court**<br>**Woodbridge, VA 22193** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.183**<br>☐ Schedule G _____<br>**Synchrony Bank/TJX** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **17-13632** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed <br> ☐ Not employed | ■ Employed <br> ☐ Not employed |
| Occupation | | **Special Event Manager** | **Management & Fiscal Analyst II** |
| Employer's name | | **Blu Cuisine, LLC** | **Prince William County Government** |
| Employer's address | | **13188 Marina Way** <br> **Woodbridge, VA 22191** | **14809 Dumfries Rd.** <br> **Manassas, VA 20112** |
| How long employed there? | | **April 2015 - Present.** | **9/12/16 - Present (14 months).** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **1,950.00** | $ **4,961.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $ **1,950.00** | $ **4,961.00** |

Debtor 1  **Michelle Meehan Bloxton**　　　　　　　　　　　Case number (*if known*)  **17-13632**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ **1,950.00** | $ **4,961.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **1,484.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.　　6.　$ **0.00**　$ **1,484.00**

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.　7.　$ **1,950.00**　$ **3,477.00**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.　8a.　$ **0.00**　$ **0.00**

8b. **Interest and dividends**　8b.　$ **0.00**　$ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.　8c.　$ **0.00**　$ **0.00**

8d. **Unemployment compensation**　8d.　$ **0.00**　$ **0.00**

8e. **Social Security**　8e.　$ **0.00**　$ **0.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:　8f.　$ **0.00**　$ **0.00**

8g. **Pension or retirement income**　8g.　$ **0.00**　$ **0.00**

8h. **Other monthly income.** Specify:　8h.+　$ **0.00** +　$ **0.00**

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.　9.　$ **0.00**　$ **0.00**

10. **Calculate monthly income.**  Add line 7 + line 9.　10.　$ **1,950.00** +　$ **3,477.00** =　$ **5,427.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:　11.　+$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies　12.　$ **5,427.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **17-13632** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    ■ Yes.  Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ■ Yes |
| Daughter | 13 | ☐ No ■ Yes |
| Son | 15 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ _____1,900.00

    **If not included in line 4:**

    4a.  Real estate taxes                                          4a. $ _____0.00
    4b.  Property, homeowner's, or renter's insurance              4b. $ _____0.00
    4c.  Home maintenance, repair, and upkeep expenses            4c. $ _____100.00
    4d.  Homeowner's association or condominium dues              4d. $ _____30.00

5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____836.00

Debtor 1   **Michelle Meehan Bloxton**                                    Case number (if known)   **17-13632**

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **400.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **550.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **100.00** |
| 10. | **Personal care products and services** | | 10. | $ | **150.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | **100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **100.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **0.00** |
| | 15d. | Other insurance. Specify:   **Medical and Dental** | 15d. | $ | **500.00** |
| | | **Perscriptions** | | $ | **50.00** |
| | | **CoPay Visit** | | $ | **35.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify:   **1099 Tax Payments** | | 16. | $ | **250.00** |
| | Specify:   **Personal Property Tax** | | | $ | **50.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **750.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **750.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | **0.00** |
| | Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **7,251.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **7,251.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **5,427.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **7,251.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-1,824.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 17-13632 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michelle Meehan Bloxton**                    X _____
**Michelle Meehan Bloxton**                              Signature of Debtor 2
Signature of Debtor 1

Date **November 20, 2017**                              Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 17-13632 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $21,200.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Michelle Meehan Bloxton**                                    Case number *(if known)*    **17-13632**

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $54,600.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $64,261.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| **Ally Financial**<br>**PO Box 78252**<br>**Phoenix, AZ 85062-8252** | 9/8/17. | $3,495.34 | $3,543.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1    **Michelle Meehan Bloxton**                                    Case number (*if known*)    **17-13632**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **PNC Mortgage**<br>**Po Box 8703**<br>**Dayton, OH 45401** | **6/2017, 7/2017,**<br>**8/2017.** | **$5,700.00** | **$258,089.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Chase Mortgage**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **6/2017, 7/2017,**<br>**8/2017.** | **$2,508.00** | **$286,400.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Wells Fargo Auto**<br>**Attn: Bankruptcy**<br>**Po Box 19657**<br>**Irvine, CA 92623** | **9/26/17.** | **$500.00** | **$4,927.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations
    of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
    a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
    alimony.

    ■  No
    ☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■  No
    ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☐  No
    ■  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Natalie Seng v. Michelle Meehan**<br>**Bloxton**<br>**GV16016606-00** | **Warrant in Debt** | **Fairfax County General**<br>**District**<br>**4110 Chainbridge Road**<br>**Fairfax, VA 22030** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1  **Michelle Meehan Bloxton**                                    Case number (*if known*)  **17-13632**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Michael Eldridge v. Michelle Bloxton**<br>**GV17001023-00** | **Warrant in Debt** | **Fairfax County General District**<br>**4110 Chainbridge Road**<br>**Fairfax, VA 22030** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Michael Eldridge v. Michelle Bloxton**<br>**GV17001023-01** | **Garnishment** | **Fairfax County General District**<br>**4110 Chainbridge Road**<br>**Fairfax, VA 22030** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Virginia Commerce Bank vs. Bloxton, Michelle Meehan**<br>**CL-2017-0004524** | **Warrant in Debt** | **Fairfax County Circuit Court**<br>**4110 Chainbridge Road**<br>**Fairfax, VA 22030** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Coastal Sunbelt Produce, LLC v. Michelle M. Bloxton**<br>**1:16-cv-00449-GBL-TCB** | **Garnishment** | **Alexandria County Circuit Court**<br>**401 Courthouse Square**<br>**Alexandria, VA 22310** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Elida Rivas and Delia Gutierrez v. Michelle M. Bloxton, et al.**<br>**2017-8219** | **Warrant in Debt** | **Fairfax County Circuit Court**<br>**4110 Chainbridge Road**<br>**Fairfax, VA 22030** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Alexander Acosta, Secretary of Labor v. Michelle M. Bloxton**<br>**1:17-cv-00055 (LMB/MSN)** | **Civil** | **United States District Court Alexandria**<br>**401 Courthouse Square**<br>**Alexandria, VA 22314** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Michelle Bloxton**<br>**201702070010372** | **Civil** | **Prince William Circuit Court**<br>**9248 Lee Ave**<br>**Manassas, VA 20110-5513** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Performance Food Group v. Michelle Bloxton**<br>**C-02-CV-15-004045** | **Civil** | **Circuit Court of Maryland for Carroll Co**<br>**Court House Annex**<br>**55 North Court Street**<br>**Westminster, MD 21157** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **UPDATE.** | **Honda Element 2008, 145,000 miles. Owed $2556.04.**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | **$0.00** |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michelle Meehan Bloxton** | Case number *(if known)* | **17-13632** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DebtorCC**<br><br>https://www.debtorcc.org/ | **Pre-Filing Credit Counseling** | 10/26/17 | $14.95 |

| Debtor 1 | **Michelle Meehan Bloxton** | Case number (*if known*) | **17-13632** |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Richard G. Hall, Esq.**<br>**7369 McWhorter Pl**<br>**Annandale, VA 22003**<br>**paralegal@hall-lawfirm.com** | **Attorney's Fees for Chapter 7 Business Bankruptcy** | **10/26/17** | **$5,000.00** |
| **Richard G. Hall, Esq.**<br>**7369 McWhorter Pl**<br>**Annandale, VA 22003**<br>**paralegal@hall-lawfirm.net** | **Chapter 7 Filing Fee.** | **10/26/17** | **$350.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☒ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Blu Cuisine, LLC.**<br>**13188 Marina Way**<br>**Woodbridge, VA 22191**<br><br>**Mother's Business.** | **1 2003 Honda Element, 1 2011 Honda Element. Both were totaled.** | **Nothing recieved in exchange.** | **2/2017** |
| **Reserved Barking**<br>**6054 Alexander Avenue**<br>**Alexandria, VA 22310** | **Building known as "R&M Ventures" located at 7500 Fullerton Road, Springfield, VA.** | **Debtor and her partner recieved $1.6 million which they paid to United Bank which bought out Virginia Commerce Bank. However the debtor still owes a debt to United Bank/Virginia Commerce Bank.** | **6/2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ☒ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Michelle Meehan Bloxton** | Case number *(if known)* | **17-13632** |

---

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

**20.  Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **TD Bank**<br>**13630 Foulger Square**<br>**Woodbridge, VA 22192** | XXXX-3231 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/31/17 | Unknown |
| **TD Bank**<br>**13630 Foulger Square**<br>**Woodbridge, VA 22192** | XXXX-8440 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 01/25/17 | Unknown |
| **Wells Fargo**<br>**8401 Old Keen Mill Road**<br>**Springfield, VA 22152** | XXXX-7662 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Unknown. | Unknown |

**21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | Identify Property You Hold or Control for Someone Else |

**23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**                                    Case number (*if known*)    **17-13632**

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **Culinary Command Cuisine, LLC**<br>**111 South George Mason Drive**<br>**Arlington, VA 22204-1373** | **Cafeteria at the Arlington National Guard.**<br><br>**Karen Dolan (Smart Business Services).** | EIN:    46-1782116<br><br>From-To    2014-Present. |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michelle Meehan Bloxton**                                          Case number *(if known)*    **17-13632**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Saldivar & Associates, Inc.**<br>**6564 Manet Court**<br>**Woodbridge, VA 22193** | **Catering.**<br><br>**Tanya Burkhalter** | EIN:    **54-1490145**<br><br>From-To    **4/1989 - 2/2017.** |
| **StadiYum Cuisine, LLC**<br>**6564 Manet Court**<br>**Woodbridge, VA 22193** | **Catering.**<br><br>**Karen Dolan (Smart Business Services).** | EIN:    **80-0443955**<br><br>From-To    **7/2009 - Present (Not Operating).** |
| **R & M Ventures, LLC**<br>**6564 Manet Court**<br>**Woodbridge, VA 22193** | **Holding company for a building that we shortsaled 7/17.**<br><br>**Karen Dolan (Smart Business Services).** | EIN:    **20-3429478**<br><br>From-To    **11/2007-8/2017.** |
| **Oxygen Cuisine, LLC**<br>**1472 Chain Bridge Road**<br>**McLean, VA 22101** | **Bistro.**<br><br>**Barry Jordan** | EIN:    **47-1629573**<br><br>From-To    **7/2014 - Present.** |
| **Blu Cuisine, LLC**<br>**13188 Marina Way**<br>**Woodbridge, VA 22191** | **Restaurant.**<br><br>**Karen Dolan (Smart Business Services).** | EIN:    **47-3590457**<br><br>From-To    **4/2015-Present.** |

28.    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■    **No**
☐    Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Michelle Meehan Bloxton**
**Michelle Meehan Bloxton**                                          Signature of Debtor 2
**Signature of Debtor 1**

Date    **November 20, 2017**                                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 17-13632 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Michelle Meehan Bloxton | Case number (if known) | 17-13632 |

| name: | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Michelle Meehan Bloxton**                              X _____
**Michelle Meehan Bloxton**                                          Signature of Debtor 2
Signature of Debtor 1

Date    **November 20, 2017**                                    Date _____

---

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Virginia

In re   **Michelle Meehan Bloxton**

Case No.   **17-13632**

Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,350.00** |
| Prior to the filing of this statement I have received | $ | **5,350.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other *(specify)*

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other *(specify)*

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. All other matters, including adversary action, shall be billed at the rate of $400 per hour.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 20, 2017** | **/s/ Richard G. Hall Esq.** |
| *Date* | **Richard G. Hall Esq.** |
| | *Signature of Attorney* |
| | **Richard G. Hall** |
| | *Name of Law Firm* |
| | **7369 McWhorter Place** |
| | **Suite 412** |
| | **Annandale, VA 22003** |
| | **703-256-7159  Fax: 703-941-0262** |

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,050</u>*
*<u>(For all Cases Filed on or after 1/01/2015)</u>*

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michelle Meehan Bloxton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number (if known) | **17-13632** |

**Check one box only as directed in this form and in Form 122A-1Supp:**

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| | Column A | Column B |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

| Debtor 1 | **Michelle Meehan Bloxton** | Case number *(if known)* | **17-13632** |

|  | Column A | Column B |
|---|---|---|
|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |

**8. Unemployment compensation** ................................................... $ _____ $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .............................................................. $ _____

For your spouse ................................................ $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. .................................................... $ _____ $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____ . _____ $ _____ $ _____

_____ _____ $ _____ $ _____

Total amounts from separate pages, if any. + $ _____ $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...................... Copy line 11 here=> $ _____

Multiply by 12 (the number of months in a year) **x 12**

12b. The result is your annual income for this part of the form 12b. $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [_____]

Fill in the number of people in your household. [_____]

Fill in the median family income for your state and size of household. 13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Michelle Meehan Bloxton**
_____
**Michelle Meehan Bloxton**
Signature of Debtor 1

Date **November 20, 2017**
_____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1    **Michelle Meehan Bloxton**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Virginia

Case number   **17-13632**
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|     |         |                    |
|-----|--------:|--------------------|
|     | $1,167  | filing fee         |
|  +  |  $550   | administrative fee |
|     | $1,717  | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

<div style="border:1px solid #000; background:#e0e0e0; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

09 Fox Creek Homeowners


24 Palace Lane
Stafford, VA 22554


Abdallah Ouhamou
8226 Ingersol Road
DC 20309


Accident Fund
C/O Lamont, Hayley & Associate
PO Box 179
Manchester, NH 03105-0179


Adam Neira
10350 Bridgetown Place
Burke, VA 22015


Adams Burch
1901 Stanford Ct.
Hyattsville, MD 20785


Alexander Acosta
200 Constitution Ave. NW
Washington, DC 20210


Alexis Kyler
3465 Andrew Ct. Apt#301
Laurel, MD 20724


Alicio Caballero
6746 Metropolitan Center Dr.
#103
Springfield, VA 22150


Ally Financial
PO Box 78252
Phoenix, AZ 85062-8252


Alvaro Gonzales
3206 Allen Street #103
Falls Church, VA 22042

American Energy Restaurant Equ
7538 Fullerton Ct.
Springfield, VA 22153


Ana Beltran
3705 3rd St. S.
Arlington, VA 22204


Angela Chavez
14712 Birchdale Ave
Woodbridge, VA 22193


Angelo Alfaro Jr.
15 Persevere Drive
Stafford, VA 22554


Anne Portell
10 Dorchester Court
Stafford, VA 22554


Anthony Adams
12538 Armada Place
Woodbridge, VA 22192


Anthony Archibald
10409 Falling Leaf CT
Upper Marlboro, MD 20774


Anup Barua
3713 7th Street, South
Arlington, VA 22204


Araceli Brunorios
8963 Milroy Court
Manassas, VA 20110


Armando Escobar
7823 13th Road, South
Springfield, VA 22153


Armeldo Hernandez
9257 Fawnlily Court
Manassas, VA 20110

Atanas Kostanev
8264 Burning Forest CT
Springfield, VA 22153


Bayron Chacon
2149 Jennings Street
Woodbridge, VA 22192


BB&T
C/O FBCS
330 S Warminster Road, Ste 353
Hatboro, PA 19040


Bessy Oseguera
14035 Benton Street
Woodbridge, VA 22193


Beth Sharpe
17511 Joplin Road
Triangle, VA 22172


Blake A. Surbey, Esq.
McCaron & Diess
4530 Wisconsin Ave. NW. 301
Washington, DC 20016


Brenda Pinto
2037 Germander Way
Woodbridge, VA 22192


Brookes Rental
321 Mill Street NE
Vienna, VA 22180-4525


Carlos Amaya
3400 Hewitt Avenue, #1
Silver Spring, MD 20906


Carlos Cruz
3840 Florence Drive, Apt#2
Alexandria, VA 22305


Carlos Lacayo
502 N Mansfield Street
VA 22324

Carlos Washington
7945 Janna Lee Ave
Apt 302
Alexandria, VA 22306


Carmen Licona
8559 Klouder Court
Lorton, VA 22079


Carmina Roman
5320 South 8th Road #4
Arlington, VA 22204


Cecilia Romero
14305 Benton Street
Woodbridge, VA 22193


Chase Auto Finance
National Bankruptcy Dept
201 N Central Ave Ms Az1-1191
Phoenix, AZ 85004


Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Chase Mortgage
Po Box 24696
Columbus, OH 43224


Christian Barrantes
7414 Parkwood Court
Falls Church, VA 22042


Cielo Esther Parga
3509 Robert E Liee
Apt 101
Alexandria, VA 22306


Cindy Lopez
3916 Elbert Avenue
Alexandria, VA 22305

Claudia Y Panameno
618 N. Howard St. #404
Alexandria, VA 22304


Coastal Sunbelt Produce
C/O Blake A. Surbey, Esq.,
4530 Wisconsin Ave, NW; 301;
Washington, DC 20016


Collin C. Shannon
5311 Lee Highway
Arlington, VA 22207


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411-0001


Connor Bloxton
6564 Manet Court
Woodbridge, VA 22193


Cornell Warren
7007 Foster Street
District Heights, MD 20747


County of Fairfax
Dept of Tax Administration
PO Box 9156
Alexandria, VA 22304-0156


County of Fairfax
Dept of Tax Administration
PO Box 19156
Alexandria, VA 22304-0516


Danny Kitcher
6375 Oakland CT
Woodbridge, VA 22193

Darnell Zeigler
7007 Foster Street
District Heights, MD 20747


Dashawn Driver
2508 Senator Avenue
District Heights, MD 20747


Delia Gutierrez
7902 Stork Road
Alexandria, VA 22306


Derrick Stanford
7728 Wolford Way
Lorton, VA 22079


Diana Rivera
8538 Southlawn Court
Alexandria, VA 22309


Dianna Gilbert
11 North Hampton Blvd.
Stafford, VA 22554


Dick and Lisa Krauss


Dominion Energy
C/O CCI
PO Box 3207
Augusta, GA 30903-2207


Douglas Zelaya
5535 Columbia Pike Apt#305
Arlington, VA 22204


Edwin Estrada
9065 Silver Maple CT
Manassas, VA 20110


Elberts Ice
7 Jay Gould Court #10
Waldorf, MD 20602-2776

Elida Rivas and Delia Gutierre
C/O Nicholas Cooper Marritz
6066 Leesburg Pike, Ste 520
Falls Church, VA 22041


Elida Rivas Barahona
6716 Metropolitan Center Drive
Apt 104
Springfield, VA 22150


Elizabeth Peralta
14730 Parson Weems Loop
Woodbridge, VA 22193


Elliot Jay Marsden, Esquire
Marsden, & Seledee, LLC
1 N. Charles Street, Ste 2300
Baltimore, MD 21201


Eloyda Crozco
4427 Hersand Court
Woodbridge, VA 22193


Elvin Javier Pocasangre
5805 Royal Ridge Drive
Springfield, VA 22152


Eric Jones
706 Longfellow Street NW
Washington, DC 20011


Ericka Chinchilla Fuent
7731 Heritage Drive
Annandale, VA 22003


Felipe Prudencio
12507 Holdridge Road
CA 90206


Felipe Prudencio
12605 Layhill Road
Apt 102
CA 90206

Fernando Sanchez
5202 Dover Pl.
Alexandria, VA 22311


First Data
5565 Glenridge
Connector NE Ste 2000
Atlanta, GA 30342


First Data Global
C/O Hunter Warfield
PO Box 1022
Wixom, MI 48393-1022


Fritz & Company
4084 University Drive
Suite 200
Fairfax, VA 22030-6800


George Nelson
703 Hillwood Ave
Arlington, VA 22204


Glenda Amaya
1306 Bayside Avenue
Woodbridge, VA 22191


Gustavo Atapaucar Tapia
12409 Colby Drive
Woodbridge, VA 22192


H & S Bakery
PO Box 824621
Philadelphia, PA 19182


Hasan Arnold
1517 U Street, SE
Washington, DC 20020


Hayley Gilbert
11 Northampton Blvd
Stafford, VA 22554

Hayley Olsen
117 Springlake Drive
Stafford, VA 22554

Heather Page
147 Edinburgh Square
Sterling, VA 20164

Henry Garcia
337 Moseby Court
Manassas, VA 20111

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Israel Chinchilla
6300 Dana Avenue
Springfield, VA 22150

Jaime C Mercado
6024 Sweet Dale CT
Springfield, VA 22152

Jaival Oubi Hi
605 Hunton Place
Leesburg, VA 20176

James Cetto
4656 Evansdale Road
Woodbridge, VA 22193

James Sledge
7208 Autumn Blaze Circle
Clinton, MD 20735

Janemarie Alfaro
15 Persevere Drive
Stafford, VA 22554

Jason Jones
9617 Franklin Woods Place
Washington, DC 20011

Jeff Bloxton
6564 Manet Court
Woodbridge, VA 22193


Jesus Soto
14797 Daley Lane
Woodbridge, VA 22193


John Craig
6025 Lebanon Drive
Falls Church, VA 22041


Jose Cruz
7430 Grace Street
Springfield, VA 22150


Jose Manuel Moreno
14797 Daley Lane
Woodbridge, VA 22193


Jose Reyes
6314 Pioneer Street
Springfield, VA 22150


Jose Zambrano
5020 Rosemont Ave
Alexandria, VA 22309


Justo Lainez
7430 Grace Street
Springfield, VA 22150


Karla Arriaza Ramirez
511 Four Mile Apt# 604
VA 22300


Karla Moises
4506 Commons Drive
Apt 207
Annandale, VA 22003


Kathleen King
50 Lightfoot Drive
Stafford, VA 22554

Kelly Sullivan
703 Hillwood Avenue
Falls Church, VA 22042


Kenneth Wright
2143 Old Landing Way
Woodbridge, VA 22191


Kevin Garcia
337 Moseby Court
Manassas, VA 20111


Kevin Lackey
13421 Orchard Drive
Woodbridge, VA 22191


Kevin Nunez
3911 Bruce Street, Apt#A8
Alexandria, VA 22305


Kevin Ortez
3806 Executive Avenue, Apt#B-1
Alexandria, VA 22305


Ki Choi
3700 Fairfield Lane
Woodbridge, VA 22193


Kimberly Dyson
375 South Reynolds Street
Alexandria, VA 22305


Latanya Burkhalter
11801 Buchanan Court
Fredericksburg, VA 22407


Leah Powers
9764 Lake Pointe Drive
Burke, VA 22015


Leta R Sullivan
703 Hillwood Ave
Falls Church, VA 22042

Lindsay Portell
12 Cherry Blossom Lane
Stafford, VA 22554


Lisa Kelman
502 West Broad Street, #319
Falls Church, VA 22046


Lorena Garcia
3852 Pinewood Terrace
Falls Church, VA 22041


Lourdes Barrenechea
8477 Sugar Creek Ln
Springfield, VA 22153


Lowe's Credit
P.O. Box 530914
Atlanta, GA 30353


Lowe's BRC
c/o Global Solutions
13809 Reserach Boulevard
Austin, TX 78700


Lubin Barrantes
7312 Roosevelt Avenue
Falls Church, VA 22042


Luis Arevalo
14454 Belvedere Drive
Woodbridge, VA 22193


Luis Campos
1342 Horner Road
Woodbridge, VA 22191


Maliya M Morris
114 Wellham Ave NW
Glen Burnie, MD 21061


Manuel Campos
4394 Eusbrook Lane
Woodbridge, VA 22193

Manuel Campos
7430 Gface Street
Springfield, VA 22150


Manuel Chaves
14712 Birchdale Avenue
Woodbridge, VA 22193


Margaret A Lagos
12605 Thunder Chase Drive
Reston, VA 20191


Maria Antoniet Pedraza
2012 N Daniel Street, Apt 203
Arlington, VA 22201


Maria Hernandez
8223 Claremont Woods Drive
Alexandria, VA 22309


Maria Maravilla
3507 Robert E Lee Place
#101
Alexandria, VA 22306


Maria Roca Dearias
7914 Charles Thomson
Apt 203
Annandale, VA 22003


Maria Rubio
5734 Backlick Road
Springfield, VA 22150


Maritza Morales
9807 Tara Court
Burke, VA 22015


Mark White
4111 Eads Street
Washington, DC 20011

Marlene Arias
124 Patrick SE
Apt 268
Vienna, VA 22180


Marlene Arias
9411 Lee Highway, #1112
Fairfax, VA 22031


Marques Faison
2402 Maple Cross Street
Accokeek, MD 20607


Marta J Martinez
3301 Fallowfield Drive
Falls Church, VA 22042


Martha Peterson
4247 Hunt Club Circle,
Apt 1413
Fairfax, VA 22033


Mary Norma Jaldin
6102 Calico Pool Lane
VA 22105


Massage Envy
2855 University Parkway
Sarasota, FL 34243


Megan Zinn
9201 Cork Place
Burke, VA 22015


Melissa Lopez
1306 Bayside Avenue
Woodbridge, VA 22191


Melissa Roseboro
4411 Eads Street
Washington, DC 20019


Michael Cetto
1621 Ladue Court
Woodbridge, VA 22192

Michael Eldridge
6234 Jean Louise Way
Alexandria, VA 22310


Michelle Kalski
10332 Wisteria Drive
Fredericksburg, VA 22408


Milton Guerrero Henrique
2905 Seay St Apt#301
Alexandria, VA 22314


Mlargo Mencia
14810 Evey TUrn
Woodbridge, VA 22193


Nancy Lee Brya
15347 Edgehill Drive
Dumfries, VA 22026


Nancy Lee Brya Moser
15347 Edgehill Drive
Dumfries, VA 22026


Nancy M Leonzo
2825 Bellbrook Street
Temple Hills, MD 20748


Nasdy Pena
6322 Indian Run Parkway
Alexandria, VA 22312


Natalie Hughes
516 Pacer Drive
Hyattsville, MD 20785


Natalie Seng
C/O Matthew Sutter
7540 Little River Turnpike
Annandale, VA 22003


Natalie Seng
5814 Pamela Drive
Centreville, VA 20120

Nicholas Cooper Marritz
6066 Leesburg Pike
Suite 520
Falls Church, VA 22041


Nolvia Galindo
5730 Backlick Road
Springfield, VA 22150


Norma Gomez
4222 Gibson Court
Woodbridge, VA 22193


Omar J Floyd
9604 Surratts Manor Drive
Clinton, MD 20735


Onajee Lanier
10313 Farrar Avenue
Cheltenham, MD 20623


Patient First
C/O Receivables Manag Services
P.O. Box 8630
Richmond, VA 23266


Patrcia Grant
215 Northview Drive
Fredericksburg, VA 22408


Patricia Sanabria Quiroga
4135 Minton Drive
Fairfax, VA 22032


Performance Food Group
12500 W Creek Pkwy
Henrico, VA 23238


Pnc Mortgage
Po Box 8703
Dayton, OH 45401


R & R
6564 Manet Court
Woodbridge, VA 22193

Rachael Lincoln
1203 Westview Drive
Fredericksburg, VA 22405


Regina Meehan
6528 Manet Court
Woodbridge, VA 22193


Reginald Lawrence
2812 Xavier Lane
District Heights, MD 20747


Ricoh Copiers
PO Box 10306
Des Moines, IA 50306-0306


Rita Landaverde
12517 Gordon Blvd #202
Woodbridge, VA 22192


Robert Saldivar
8721 Bitterroot Court
Lorton, VA 22079


Rodrigo Castro
6317 Alamo Street
Springfield, VA 22150


Roland Bascope
7902 Charles Thompson Lane
Apt 202
Annandale, VA 22003


Rolando Lemus
5557 Peppercorn Drive
Burke, VA 22015


Rosa Argueta
1115 S Wakefield, Apt 22
Arlington, VA 22204


Rosio Gonzales
4635 Evansdale Road
Woodbridge, VA 22193

Roxana Silva
955 South Columbus Street
Apt #509
Arlington, VA 22204


Rubelio Hernandez
8505 Stone Wall Road
Manassas, VA 20110


Rubelio Hernandez
8370 Shady Grove Circle
Manassas, VA 20110


Ryland Jones
3001 Branch Ave #519
Temple Hills, MD 20748


Salvador Sanchez
7313 Valleycrest Blvd.
Annandale, VA 22003


Santos Carbajal
337 Moseby Court
Manassas, VA 20111


Shoany Rodriguez
7029 Skyles Way
Apt T1
Springfield, VA 22151


Sofia Martinez
2251 Pimmit Drive Apt#930
Falls Church, VA 22043


Steve A Lacayo
5363 Essex Court, #252
Alexandria, VA 22311


Sutter & Terpak, PLLC
7540 Little River Turnpike
Annandale, VA 22003

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Sysco
1390 Enclave Parkway
Houston, TX 77077


The Hartford Insurance Company
PO Box 660916
Dallas, TX 75266-0916


TJ Maxx
770 Cochituate Road
Framingham, MA 01701


Tracy Williams
537 Adford Terrace, NE
Leesburg, VA 20176


Trifina Reyes
901 South Dinwiddie Street
Arlington, VA 22204


U LINE c/o AGA
740 Walt Whitman Road
Melville, NY 11747-9090


US Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220


US Department of Treasury
Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794

Verizon Wireless
c/o McCarthy, Burgess and Wolf
26000 Cannon Rd.
Bedford, OH 44146


Veronica Castro
7827 Rectory Lane
Annandale, VA 22003


Victoria's Secret
PO Box 659728
San Antonio, TX 78265-9728


Virginia Commerce Bank
C/O Collin C. Shannon
5311 Lee Highway
Arlington, VA 22207


Virginia Department of Taxatio
P.O. Box 1777
Richmond, VA 23218-1777


Vivian Portell
24 Palace Lane
Stafford, VA 22554


Walter Falcon
8356 Moline Place
Springfield, VA 22153


Wells Fargo Auto
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623


Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623


Wilson Cortez
6462 Franconia Road
Springfield, VA 22150

Xochil Contreras
4115 Galen Street
Alexandria, VA 22309


Zoila Espinoza
5328 Anchor Court
Fairfax, VA 22032


Zonia Portillo
818 South Florida St, Apt#4
Arlington, VA 22204