# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**TO:**  
Richard G. Hall  
7369 McWhorter Place, Suite 412  
Annandale, VA 22003

**In re:** Michelle Meehan Bloxton

**Case Number** 17–13632–BFK  
**Chapter** 7

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*16* – Individual Schedule(s) and/or Statement(s), Lists – Additional Creditors – filed by Richard G. Hall on behalf of Michelle Meehan Bloxton. (Hall, Richard)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

- __ Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any document filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 121.)
- __ Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*
- __ Not accompanied by a properly completed Amendment Cover Sheet*.
- __ Not in substantial compliance with the correct version of the Amendment Cover Sheet*.
- __ Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.
- __ **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].
- **X** **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules
- __

*\*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: November 21, 2017    CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Elizabeth W. Douglass, Deputy Clerk  
Direct Dial Telephone No. 703–258–1221

[igvolpplvDec2015.jsp]