# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re:   MICHELLE MEEHAN BLOXTON                                             Case No: 17-13632

Debtor(s).

## *AMENDMENT COVER SHEET*

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

\_\_\_\_ Voluntary Petition

    Official Form 6 Schedules
    \_\_\_\_\_ Summary of Schedules
    \_\_\_\_\_ Schedule   A/B-Real / Personal Property
    \_\_\_\_\_ Schedule   C-Property Claimed as Exempt
    \_\_\_\_\_ Schedule   D-Creditors Holding Secured Claims
    \_\_\_\_\_ Schedule   E/F-Creditors who Have Unsecured Claims
    \_\_\_\_\_ Schedule   G-Executory Contracts and Unexpired Leases   }\_\_ NO Creditor(s) added
    \_\_\_\_\_ Schedule   H-Codebtors
    \_\_\_\_\_ Schedule   I-Current Income of Individual Debtor
    \_\_\_\_\_ Schedule   J-Current Expenditures of Individual Debtors

*[NOTE: The form "NOTICE TO CREDITORS (RE AMENDMENT)" is still required when adding additional creditors]*

\_\_\_\_\_ Statement of Financial Affairs

\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention

\_\_\_\_\_ Chapter 11 List of Equity Security Holders

\_\_\_\_\_ Disclosure Statement of Attorney

\_\_X\_\_ Other: (Form 108) Statement of Intention For Individuals Filing Under Ch. 7

## *NOTICE OF AMENDMENTS TO AFFECTED PARTIES*

Pursuant to Bankruptcy Rule 1009(a) and Local Rule 208 (A), I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the Trustee in this case, and to any and all entities affected by the amendment as follows: SEE ATTACHED, on this 27TH, day of November, 2017.

Date:   11/27/2017                          Attorney for Debtor(s) */s/ Richard G. Hall*
                                                                            Richard G. Hall, Esquire
                                                                            VA Bar # 18076

In re:   MICHELLE MEEHAN BLOXTON                                Case No: 17-13632

Debtor(s).                                          (Chapter 7)

To: **CREDITOR(S) LISTED ON ATTACHED**
**AMENDMENT TO PETITION FOR BANKRUPTCY**

### NOTICE TO ADDITIONAL
### CREDITOR(S) (RE AMENDMENT)

**NOTICE IS HEREBY GIVEN** that an amendment to the above-captioned debtor(s)' schedules has been filed listing you as a creditor.

Attached is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Bankruptcy Rule X-1006 giving all the particulars of the case and stating the last date for the filing of claims (if any was given) and for filing objections to the discharge and complaints to determine the dischargeability of certain debts. (Also attached is a copy of the discharge of the debtor(s), if one has been entered, a subsequent notice to file claims, if one has been issued, and any other filed document affecting the rights of the added creditor(s).

*/s/ Michelle Meehan Bloxton*
MICHELLE MEEHAN BLOXTON

*/s/ Richard G. Hall*
**RICHARD G. HALL, ESQUIRE**
Virginia State Bar # 10876
7369 McWhorter Place, Suite 412
Annandale, Virginia 22003
(703) 256-7159
Counsel for Debtor

In re:   MICHELLE MEEHAN BLOXTON                              Case No: 17-13632

*AMENDMENT TO PETITION FOR BANKRUPTCY*

SEE ATTACHED SCHEDULES

**Form 108 - Statement of Intention For Individuals Filing Under Ch. 7**

    **I HEREBY CERTIFY** under penalty of perjury that the matters and facts set forth in the foregoing Amendment to Petition for Bankruptcy are true and correct to the best of my knowledge, information and belief.

*/s/ Michelle Meehan Bloxton*
MICHELLE MEEHAN BLOXTON

**Fill in this information to identify your case:**

Debtor 1: Michelle Meehan Bloxton
  First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number: 17-13632
(if known)

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Ally Financial<br>Description of property securing debt: 2008 Cadillac Escalade 143000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: Debtor will continue to make regular monthly payments | ☐ No<br>■ Yes |
| Creditor's name: Chase Mortgage<br>Description of property securing debt: 6564 Manet Court Woodbridge, VA 22193 Prince William County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: Debtor will continue to make regular monthly payments | ☐ No<br>■ Yes |
| Creditor's name: Internal Revenue Service<br>Description of property: 2008 Cadillac Escalade 143000 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement. | ☐ No<br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Michelle Meehan Bloxton                              Case number (if known)  17-13632

| property securing debt: | miles | ■ Retain the property and [explain]: Debtor will continue to make regular monthly payments | |
|---|---|---|---|

| Creditor's name: | Pnc Mortgage | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | 6564 Manet Court Woodbridge, VA 22193  Prince William County | ☐ Retain the property and enter into a Reaffirmation Agreement. | ■ Yes |
| | | ■ Retain the property and [explain]: Debtor will continue to make regular monthly payments | |

| Creditor's name: | Wells Fargo Auto | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | 2008 Cadillac Escalade 182000 miles | ☐ Retain the property and enter into a Reaffirmation Agreement. | ■ Yes |
| | | ■ Retain the property and [explain]: Debtor will continue to make regular monthly payments | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |

Debtor 1  **Michelle Meehan Bloxton** _____  Case number *(if known)* **17-13632** _____

## Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Michelle Meehan Bloxton** _____  X  _____
    **Michelle Meehan Bloxton**                                              Signature of Debtor 2
    Signature of Debtor 1

Date  **November 27, 2017** _____          Date  _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michelle | Meehan | Bloxton |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): 17-13632

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Michelle Meehan Bloxton                     X _____
Michelle Meehan Bloxton                              Signature of Debtor 2
Signature of Debtor 1

Date November 27, 2017                               Date