## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**In re:**

| | |
|---|---|
| **MICHELLE MEEHAN BLOXTON,** | **CHAPTER 7** |
| **DEBTOR.** | **CASE NO. 17-13632-BFK** |

**PNC BANK, NATIONAL ASSOCIATION,**

    **MOVANT,**

**vs.**

**MICHELLE MEEHAN BLOXTON**
**and KEVIN R. MCCARTHY, TRUSTEE,**

    **RESPONDENTS.**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by PNC Bank, National Association ("Movant"), the Trustee having filed a Report of No Distribution on March 9, 2018, upon the argument of Counsel and the Court finding grounds to grant the Motion; it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at **6564 Manet Ct, Woodbridge, VA 22193** and more particularly described as follows:

> **ALL THAT PARCEL OF LAND IN CITY OF PRINCE WILLIAM, PRINCE WILLIAM COUNTY, COMMONWEALTH OF VIRGINIA, AS MORE FULLY KNOWN AND DESIGNATED AS FOLLOWS:**
>
> **LOT 14, SECTION 1, SPRINGVALE ESTATES, AS THE SAME IS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 2140, AT PAGE 141, AMONG THE LAND RECORDS OF PRINCE WILLIAM COUNTY, VIRGINIA.**
>
> **BY FEE SIMPLE DEED FROM STRONKO CONSTRUCTION, INC. AS SET FORTH IN BOOK 2893 PAGE 58 DATED 05/16/2000 AND RECORDED 05/17/2000, PRINCE WILLIAM COUNTY RECORDS, COMMONWEALTH OF VIRGINIA.**
>
> **Tax ID: (redacted).**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

**Johnie R. Muncy, Esquire**
**Counsel for Movant**
**Samuel I. White, P.C.**
**Bar No. 73248**
**1804 Staples Mill Road**
**Suite 200**
**Richmond, VA 23230**
**(804) 290-4290**
**File No. 61193**

DATED: Mar 30 2018

/s/ Brian F. Kenney

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

March 30, 2018

I ask for this:
By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for PNC Bank, National Association

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: **/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

Kevin R. McCarthy
Chapter 7 Trustee
1751 Pinnacle Drive
Suite 1115
McLean, VA 22102
Case No. 17-13632-BFK

Richard G. Hall
Counsel for Debtor
7369 McWhorter Place
Suite 412
Annandale, VA 22003

Michelle Meehan Bloxton

Debtor
6564 Manet Court
Woodbridge, VA 22193